UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN AGENCY, LLC,

                Plaintiff,

-against-

ALLIANT INSURANCE SERVICES, INC.,
JOHNNY OSBORNE, MARGAUX STONE, and
RACHEL MURRAY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024

1:24-cv-9914-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of Plaintiff's application for emergency relief [ECF Nos. 14–17] and Defendants' opposition [ECF No. 20].  IT IS HEREBY ORDERED that all parties shall appear for a hearing on January 8, 2025 at 3:00 p.m.

**SO ORDERED.**

Date:  January 2, 2025
         New York, NY

                                   **MARY KAY VYSKOCIL**
                                   **United States District Judge**