UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, | |
| Plaintiff, | |
| -against- | |
| ALLIANT INSURANCE SERVICES, INC., JOHNNY OSBORNE, MARGAUX STONE, and RACHEL MURRAY, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/8/2025__

1:24-cv-9914-MKV

TEMPORARY RESTRAINING
ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 8, 2025, the Court held a hearing on the application of Plaintiff Marsh & McLennan Agency, LLC ("MMA") for emergency relief [ECF Nos. 14–17], which Defendants oppose [ECF No. 20]. Having carefully considered the submissions and arguments of both sides, IT IS HEREBY ORDERED that Defendants are temporarily enjoined from soliciting or accepting as clients, for any purpose, any current MMA clients with whom any of the individual defendants had business dealings while that defendant was employed by MMA during the last two years. For the avoidance of doubt, current MMA clients do not include the 38 clients that MMA represents have already ended their relationship with MMA. IT IS FURTHER ORDERED that Defendants are temporarily enjoined from using or disclosing, for any reason, the "Osborne Client list.xlsx" and "JVO Master Renewal List.xlsx" spreadsheets cited in Plaintiffs' application, and any other information or property that allegedly was misappropriated from MMA. The Court will issue a further order containing its findings of fact and conclusions of law, pursuant to Rule 65 of the Federal Rules of Civil Procedure, prior to this expiration of this Temporary Restraining Order.

**SO ORDERED.**

Date:  **January 8, 2025**
          **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**