UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025
```

MARSH & MCLENNAN AGENCY, LLC,

                              Plaintiff,

              -against-

ALLIANT INSURANCE SERVICES, INC.,
JOHNNY OSBORNE, MARGAUX STONE, and
RACHEL MURRAY,

                              Defendants.

1:24-cv-9914-MKV

ORDER EXTENDING TRO

MARY KAY VYSKOCIL, United States District Judge:

        IT IS HEREBY ORDERED that the Court finds good cause to extend the Temporary Restraining

Order [ECF No. 24] until January 28, 2025.

**SO ORDERED.**

Date:  **January 21, 2025**
        **New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**