UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025
```

MARSH & MCLENNAN AGENCY, LLC,

    Plaintiff,

  -against-

ALLIANT INSURANCE SERVICES, INC.,
JOHNNY OSBORNE, MARGAUX STONE, and
RACHEL MURRAY,

    Defendants.

1:24-cv-9914-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  IT IS HEREBY ORDERED that the parties shall appear for a conference on April 9, 2025 at 11:30 a.m.

**SO ORDERED.**

Date: March 10, 2025
   New York, NY

            _____
            **MARY KAY VYSKOCIL**
            **United States District Judge**